## 110, 111.   PHILIP CAREY MANUFACTURING Co. *v.* BUTLER.

POWELL, J.   Although both parties unite in asking that a new trial be
granted, yet since it appears from a careful review of the entire record
that the trial was fairly conducted, and the verdict is supported by the
evidence, the judgment is                                 *Affirmed.*

Complaint on account, from city court of· LaGrange—Judge
Harwell.  February 7, 1906. ' ·

Argued February 18,—Decided February 25, 1907.

*D. J. Gaffney, E. A. Jones, J. E. & L. F. McClelland,* for plain-
tiff.  *E. T. Moon,* for defendant.·